# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

December 23, 2011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  American Trucking Associations, Inc.
          v. City of Los Angeles, California, et al.
          No. 11-798
          (Your No. 10-56465)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 22, 2011 and placed on the docket December 23, 2011 as No. 11-798.

Sincerely,

**William K. Suter**, Clerk

by

Kyle R. Ratliff
Case Analyst